# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LINDA M. JONES  
2410 AUBURN STREET  SSN-xxx-xx-4188  
ROCKFORD, IL  61103  

Case Number: 04-74226

Case filed on: 8/24/2004  
Plan Confirmed on: 11/12/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $5,400.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 643.25 | 643.25 | 643.25 | 0.00 |
|  | Total Priority | 643.25 | 643.25 | 643.25 | 0.00 |
| 998 | LINDA M. JONES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 1,770.00 | 1,770.00 | 1,770.00 | 263.01 |
| 002 | MIDLAND MORTGAGE COMPANY | 1,794.75 | 376.10 | 376.10 | 0.00 |
| 002 | MIDLAND MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 3,564.75 | 2,146.10 | 2,146.10 | 263.01 |
| 001 | AMCORE BANK NA | 1,721.10 | 1,721.10 | 188.37 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 318.65 | 318.65 | 34.87 | 0.00 |
| 004 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK | 3,842.98 | 0.00 | 0.00 | 0.00 |
| 006 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 1,461.03 | 1,461.03 | 159.90 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 25.85 | 25.85 | 2.83 | 0.00 |
| 009 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROGERS & HOLLANDS JEWELERS | 2,161.10 | 2,161.10 | 236.53 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | TATE & KIRLIN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 95.39 | 69.54 | 7.61 | 0.00 |
|  | Total Unsecured | 9,626.10 | 5,757.27 | 630.11 | 0.00 |
|  | Grand Total: | 15,198.10 | 9,910.62 | 4,783.46 | 263.01 |

Total Paid Claimant:     $5,046.47  
Trustee Allowance:       $353.53  
Percent Paid Unsecured:  10.94  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007           By  /s/Heather M. Fagan